UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK<br>Plaintiff | : | |
| Vs. | : | C.A. No. 07-72-ML-LDA |
| BARBARA A. JOSLIN, et als<br>Defendants | : | |

**ANSWER OF DEFENDANT CAPITAL ONE BANK**

**FIRST DEFENSE**

1. Defendant admits the allegations contained in Paragraphs 5 and 15 and is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13 and 14 of Plaintiff's Complaint.

WHEREFORE, Defendant prays that the Plaintiff be authorized and directed to pay into the registry of the court the sum of $207,672.47 and from that amount that Defendant Capital One Bank be awarded the sum of $4,160.15, plus post-judgment statutory interest.

Defendant,
CAPITAL ONE BANK
By Its Attorneys,

_______________/s/ E. Martin Stutchfield

E. Martin Stutchfield
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer St., Providence, RI 02903
401/273-8300 Fax: 401/273-2235

**CERTIFICATION**

I hereby certify that on the 1st day of April, 2007, this documents was filed electronically in accordance with the Federal Rules of Civil Procedure and a copy of the foregoing pleading was service on counsel of record as follows:

**Via Electronic Mail through Electronic Case filing to the following:**

Mark L. Smith, Esq., Park Square Place
176 Eddie Dowling Highway, Ste. 101
N. Smithfield, RI 02896

_______________s\s E. Martin Stutchfield