IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA A. JOSLIN,<br>LORI A. JOSLIN,<br>ESTATE OF CLIFFORD H. JOSLIN,<br>CAPITAL ONE BANK, and<br>UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICE,<br><br>Defendants. | ) | Civil No. 07-00072-ML<br><br>Honorable Judge Mary M. Lisi |

DEFENDANT UNITED STATES' MOTION TO DISMISS

The defendant United States, named and sued as the United States of America, Internal Revenue Service, moves this Court to dismiss the United States as a party to the above-captioned action. The United States so moves pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) as the Court lacks jurisdiction over the subject matter and the United States has not waived sovereign immunity to be sued in the case.

A memorandum in support accompanies this motion.

United States of America
Internal Revenue Service,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Motion to Dismiss the United States was filed this 25th day of June, 2007. Notice of the filing is made through the Court's CM/ECF system to those parties whom have appeared in the case.

/s/ Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov