IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA A. JOSLIN,<br>LORI A. JOSLIN,<br>ESTATE OF CLIFFORD H. JOSLIN,<br>CAPITAL ONE BANK, and<br>UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICE,<br><br>Defendants. | ) | Civil No. 07-00072-ML<br><br>Honorable Judge Mary M. Lisi |

DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF
ITS MOTION TO DISMISS THE UNITED STATES AS A PARTY

The defendant United States, named and sued as the United States of America, Internal Revenue Service, submits this Defendant United States' Memorandum in Support of Its Motion to Dismiss the United States as a Party to the above-captioned action.

BACKGROUND

It appears that on February 27, 2007, the plaintiff Washington Mutual Bank filed this interpleader action in the United States District Court for the District of Rhode Island. In the action, Washington Mutual Bank asserts that it was the holder of a first mortgage which encumbered the real property located at 148A Ten Rod Road, Exeter, Rhode Island. Washington Mutual Bank also asserts that on or about September 5, 2006, it foreclosed its mortgage upon on the 148A Ten Rod Road property, for which the proceeds totaled $380,000.00. Upon crediting itself with the costs of sale and satisfaction of its first mortgage, Washington Mutual Bank claims

to have a surplus of $207,672.47, plus interest, which constitutes the basis for this interpleader action.

ARGUMENT

*A. The complaint lacks the particularity required by 28 U.S.C. § 2410*

The United States has moved for its dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) as the Court lacks jurisdiction over the subject matter since the United States has not waived its sovereign immunity in the action.

As a sovereign, the United States "is immune from suit save as it consents to be sued . . . , and the terms of its consent to be sued in any court define that court's jurisdiction to entertain the suit." See United States v. Sherwood, 312 U.S. 584, 586 (1941), quoted by United States v. Mitchell, 445 U.S. 535, 538 (1980). Furthermore, a waiver of sovereign immunity "cannot be implied but must be unequivocally expressed." See United States v. King, 395 U.S. 1, 4 (1969).

Section 2410 of Title 28 presents an express, limited waiver of sovereign immunity. A suit in interpleader is one action § 2410 lists for which the United States may be named as a party to a civil action. Washington Mutual Bank's action appears to be one in interpleader in which the United States has, or may claim, a federal tax lien. As such, the plaintiff must meet the heightened pleading requirements of § 2410(b) in order to fall within the waiver of sovereign immunity. Specifically, Washington Mutual Bank must have set forth the name and address of the taxpayer whose liability created the lien, if such lien exists. Furthermore, if a notice of federal tax lien was filed, the identity of the internal revenue officer who filed the notice of federal tax lien, as well as the date and place of filing, must be plead. Washington Mutual Bank's complaint only asserts that "[w]ith regard to the defendant, THE ESTATE OF

CLIFFORD H. JOSLIN, no federal estate tax return has been filed and, therefore, the plaintiff is unable to determine the nature of the interest of the defendant, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE." This averment does not meet the heightened pleading requirements of § 2410(b), and therefore, is not in conformity with that section's express, limited waiver of the United States' sovereign immunity.

CONCLUSION

As the United States has not waived its sovereign immunity to be sued, the United States moves the Court to dismiss it as a party to the present action.

United States of America,
Internal Revenue Service,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/Alex T. Case

ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Defendant United States' Memorandum in Support of Its Motion to Dismiss the United States was filed this 25th day of June, 2007. Notice of the filing is made through the Court's CM/ECF system to those parties whom have appeared in the case.

/s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov