IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA A. JOSLIN,<br>LORI A. JOSLIN,<br>ESTATE OF CLIFFORD H. JOSLIN,<br>CAPITAL ONE BANK, and<br>UNITED STATES OF AMERICA<br>INTERNAL REVENUE SERVICE,<br><br>Defendants. | ) | Civil No. 07-00072-ML<br><br>Honorable Judge Mary M. Lisi |

DEFENDANT UNITED STATES' MOTION TO DISMISS

The defendant United States, named and sued as the United States of America, Internal Revenue Service, moves this Court to dismiss the United States as a party to the above-captioned action. The United States so moves pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) as the Court lacks jurisdiction over the subject matter and the United States has not waived sovereign immunity to be sued in the case.

**GRANTED**

Mary M. Lisi

**Mary M. Lisi**
**U.S.D.J.** July 20, 2007

2574099.2