UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WASHINGTON MUTUAL BANK

v. CA 07-072 ML

BARBARA A. JOSLIN,
LORI A. JOSLIN,
ESTATE OF CLIFFORD H. JOSLIN,
CAPITAL ONE BANK, and
UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE

ORDER

On October 12, 2007, this Court granted Plaintiff's Motion to Amend the Complaint. Plaintiff is directed to file the Amended Complaint on or before November 26, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 9, 2007