UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 14 2007
Property of U.S. District Court
District of Rhode Island

**Washington Mutual Bank**

**V.** **CA 07-72ML**

**Barbara Joslin, et al**

**DISMISSAL STIPULATION**

**Pursuant to the rule 16 conference held on this date, the above-captioned matter is hereby dismissed without prejudice.**

**Mark L. Smith**

**Louis Abilheira**

**E. Martin Stutchfield**

Enter: Mary M. Lisi USDJ 12/14/07